USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARCO ANTONIO ALARCON ADAME,
individually and on behalf of himself and all others
similarly situated,

                Plaintiffs,

                -against-

EVIR CORP. (D/B/A/ SAN MARZANO);
KAMRAN MALEKAN AND DAVID MALEKAN,

                Defendants.
------------------------------------------------------------------X

ORDER

18-CV-2969 (PAC)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A conference was held with counsel to the respective parties on November 5, 2019. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1.      all discovery, of whatever nature, be initiated so as to be completed on or before April 6, 2020;

2.      the last date on which to amend pleadings will be January 7 2020;

3.      the last date on which to join additional parties will be January 7, 2020;

4.      any dispositive motion shall be made in accordance with the applicable provision of the Individual Rules of Practice of the assigned district judge;

5.      if no dispositive motion is made, the parties shall submit their joint pretrial order to the court on or before May 6, 2020. That document must conform to the requirements for such an order that are found in the Individual Rules of Practice of the assigned district judge; and

6.  a telephonic status conference will be held with the parties on February 27, 2020, at 10:00 a.m. The parties should call into the conference using telephone number (888) 557-8511 and use access code 4862532.

Dated: New York, New York
       November 14, 2019

SO ORDERED:

_Kevin Catherine Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE