USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/5/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MARCO ANTONIO ALARCON ADAME,
individually and on behalf of others similarly situated,

                Plaintiffs,

-against-

EVIR CORP., et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**
18 CV 2969 (PAC) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the telephone conference scheduled previously in the above-captioned action for February 27, 2020, shall be held on February 26, 2020, at 10:00 a.m. All counsel are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

Dated: New York, New York
         February 5, 2020

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE