UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
MARCO ANTONIO ALARCON ADAME,              :
individually and on behalf of others similarly situated,   :
                                                          :
              Plaintiffs,             :
                                                          :
  -against-                                               :        **ORDER**
                                                          :        18 CV 2969 (PAC) (KNF)
EVIR CORP., et al.,                                       :
                                                          :
              Defendants.            :
------------------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that on or before February 5, 2021, the parties shall advise the Court, in a joint writing, of the status of this action.

Dated:  New York, New York          SO ORDERED:
          January 31, 2021

                                                              _Kevin Nathaniel Fox_
                                               KEVIN NATHANIEL FOX
                                               UNITED STATES MAGISTRATE JUDGE