UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

MARCO ANTONIO ALARCON ADAME,
*individually and on behalf of others similarly situated,*

                Plaintiff,

    -against-

EVIR CORP. (D/B/A SAN MARZANO),
KAMRAN MALEKAN, and DAVID MALEKAN,

                Defendants.
--------------------------------------------------------X

1:18-cv-02969-KBF

**(PROPOSED) JUDGMENT**

WHEREAS on or about March 8, 2021, Defendants EVIR CORP. (D/B/A SAN MARZANO), KAMRAN MALEKAN, and DAVID MALEKAN extended to Plaintiff MARCO ANTONIO ALARCON ADAME an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Three Thousand Five Hundred Dollars and Zero Cents ($3,500.00)</u>, and whereas said Plaintiff accepted said offer on or about March 11, 2021,

JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of <u>Three Thousand Five Hundred Dollars and Zero Cents ($3,500.00).</u>

Dated: New York, New York

      _____ , 2021

                              _____
                              JUDGE KEVIN NATHANIEL FOX, U.S.D.J.